UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION MAKAJ, | 1:04-cv-06221-REC-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 9), **DISMISSING ACTION AND DIRECTING CLERK TO ENTER JUDGMENT FOR DEFENDANTS** |
| vs. | |
| SCRIBNER, et al., | |
| Defendants. | |

Plaintiff, Marion Makaj ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 9, 2006, the Court issued an Order dismissing the Complaint with leave to amend for Plaintiff's failure to state a claim on which relief could be granted. Plaintiff did not, however, file an Amended Complaint. Thus, on April 19, 2006, the Magistrate Judge filed Findings and Recommendations which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. To date, plaintiff has not filed

1

objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 19, 2006, are ADOPTED IN FULL;

2. This action is DISMISSED based on plaintiff's failure to obey the court's order of March 9, 2006, pursuant to Local Rule 11-110, and for failure to state a claim on which relief can be granted;

3. The Clerk of the Court is directed to enter judgment for defendants.

IT IS SO ORDERED.

**Dated: May 26, 2006**              /s/ Robert E. Coyle
668554                               UNITED STATES DISTRICT JUDGE